IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-23193 TPA |
| Lisa M. Purtell, | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Docket No. 39 |
| Lisa M. Purtell, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| PennyMac Loan Services LLC, | : | |
| Respondent | : | |

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 6, 2017, a true and correct copy of the *Loss Mitigation Order* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour
Suite 3250, US Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15219

PennyMac Loan Services, LLC
3043 Townsgate Road, #200
Westlake Village CA 91361-3027

Lisa Purtell
2011 Riverview Drive
Finleyville, Pa 15332

Jill Manuel-Coughlin
Powers Kirn & Associates, LLC
Eight Neshaminy Interplex
Suite 215
Trevose, PA 19053

Date of Service:     November 6, 2017     /s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965