# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-23193 |
| Lisa M. Purtell, ) | Chapter 13 |
| ) | |
| Social Security No. XXX-XX- 6776 ) | |
| ) | |
| *Debtor* ) | Document No. WO-1 |
| ) | |
| Lisa M. Purtell, ) | |
| ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Allied Insurance Brokers, Inc. and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| ) | |
| *Respondent(s)* ) | |

## **CONSENT ORDER TO TERMINATE WAGE ATTACHMENTCHMENT.**

The above-named debtor having filed a Chapter 13 petition.

A wage attachment has been filed and is remitting.

The debtor has four unsafe tires and has vehicle insurance due. If the debtor is unable to work she will not be able to fund the plan.

The Debtoir is paid on commission and it is difficult to fund a wage attachment during the month of January. This is an emergency one time request to save the plan. Debtors counsel will file a new Motion to Attach Wages by February 20, 2018.

The Debtor requests that the wage attachment be immediately terminated   The Trustee consents as is evidenced by the signature below. **The Debtor remains responsible to ensure that the plan is adequately funded, which includes any missed payments.**

IT IS THEREFORE, ORDERED that the wage attachment is immediately terminated pending further order of court:

**Allied Insurance Brokers, Inc.**
**Attn: Payroll Dept.**
**Four Gateway Center, Suite 400**
**Pittsburgh, PA 15222**

   IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.

   IT IS FURTHER ORDERED that income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor until further Order of Copurt.in accordance with usual payment procedures.

   DATED this _____ day of _____, 2017.

              _____
              U.S. BANKRUPTCY JUDGE

Consent:

/s/ Jana Pail___
Consent   Office of the Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, Pa. 15219

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Steidl & Steinberg
707 Grant Street

Pittsburgh, Pa. 15219
412-391-8000
Pa. ID  34596