FILED
12/29/17 10:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| | Case No. 17-23193 |
| Lisa M. Purtell, | Chapter 13 |
| Social Security No. XXX-XX- 6776 | |
| *Debtor* | Document No. WO-1 |
| Lisa M. Purtell, | Related to Document No. 45 |
| *Movant* | |
| *vs.* | |
| Allied Insurance Brokers, Inc. and Ronda J. Winnecour, Trustee, | |
| *Respondent(s)* | |

## CONSENT ORDER TO TERMINATE WAGE ATTACHMENTCHMENT.

The above-named debtor having filed a Chapter 13 petition.

A wage attachment has been filed and is remitting.

The debtor has four unsafe tires and has vehicle insurance due. If the debtor is unable to work she will not be able to fund the plan.

The Debtoir is paid on commission and it is difficult to fund a wage attachment during the month of January. This is an emergency one time request to save the plan. Debtors counsel will file a new Motion to Attach Wages by February 20, 2018.

The Debtor requests that the wage attachment be immediately terminated  The Trustee consents as is evidenced by the signature below. **The Debtor remains responsible to ensure that the plan is adequately funded, which includes any missed payments.**

IT IS THEREFORE, ORDERED that the wage attachment is immediately terminated pending further order of court:

      Allied Insurance Brokers, Inc.
      Attn: Payroll Dept.
      Four Gateway Center, Suite 400
      Pittsburgh, PA 15222

  IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.

  IT IS FURTHER ORDERED that income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor until further Order of Copurt.in accordance with usual payment procedures.

  DATED this _____29th_____ day of _____December_____, 2017.

      _____
      U.S. BANKRUPTCY JUDGE  jlm

Consent:

/s/ Jana Pail___
Consent   Office of the Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, Pa. 15219

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Steidl & Steinberg
707 Grant Street

Pittsburgh, Pa. 15219
412-391-8000
Pa. ID   34596

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Lisa M. Purtell
     Debtor

Case No. 17-23193-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: Dec 29, 2017
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2017.
db          +Lisa M. Purtell,   2011 Riverview Drive,   Finleyville, PA 15332-1613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2017 at the address(es) listed below:
         Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
         acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
         James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
         Jill Manuel-Coughlin    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC. jill@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
         Kenneth Steidl    on behalf of Debtor Lisa M. Purtell julie.steidl@steidl-steinberg.com,
         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
einberg.com;rlager@st
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                TOTAL: 7