FILED
2/8/18 10:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 17-23193 |
| Lisa M. Purtell, | ) | Chapter 13 |
| | ) | |
| Social Security No. XXX-XX- 6776 | ) | Related to Document No. 49 |
| | ) | |
| *Debtor* | ) | Document No. WO-1 |
| | ) | |
| Lisa M. Purtell, | ) | |
| | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Allied Insurance Brokers, Inc. and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| *Respondent(s)* | ) | |

### ORDER TO PAY TRUSTEE

The above-named debtor having filed a Chapter 13 petition

IT IS THEREFORE, ORDERED that until further order of this Court, the entity from whom the debtor receives income:

> **Allied Insurance Brokers, Inc.**
> **Attn: Payroll Dept.**
> **Four Gateway Center, Suite 400**
> **Pittsburgh, PA 15222**

deduct from said income the sum of **$1,300.00 from each semi-monthly paycheck** beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor and to remit the deductible sums ON AT LEAST A MONTHLY BASIS to:

        Ronda Winnecour
        Chapter 13 Trustee, W.D. PA
        P. O. Box 84051
        Chicago, IL 60689-4002

    IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.

    IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

    IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF SAID DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

    IT IS FURTHER ORDERED that this order supersedes previous orders made to the subject entity in this case.

    IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to the Court.

    DATED this _____8th_____ day of _____February_____, 2018.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making of all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to the debtor(s) and this estate.

                                                */s/ Thomas P. Agresti*      jlm
                                                Thomas P. Agresti, Judge
                                                United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Lisa M. Purtell
     Debtor

Case No. 17-23193-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Feb 08, 2018
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2018.
db         +Lisa M. Purtell,   2011 Riverview Drive,   Finleyville, PA 15332-1613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2018 at the address(es) listed below:
         Allison L. Carr     on behalf of Creditor     Duquesne Light Company acarr@bernsteinlaw.com, acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
         James Warmbrodt     on behalf of Creditor     JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
         Jill Manuel-Coughlin     on behalf of Creditor     PENNYMAC LOAN SERVICES, LLC. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
         Kenneth Steidl     on behalf of Debtor Lisa M. Purtell julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
         S. James Wallace     on behalf of Creditor     Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                      TOTAL: 7