IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-23193 TPA |
|    Lisa M. Purtell, | : | Chapter 13 |
|       Debtor | : | |
| | : | Related to Docket No. 54 |
| Lisa M. Purtell, | : | |
|       Movant | : | |
| | : | |
| v. | : | |
| | : | |
| PennyMac Loan Services LLC, | : | |
|       Respondent | : | |

**CERTIFICATE OF SERVICE OF INTERIM MORTGAGE MODIFICATION ORDER**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 13, 2018

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification.

EXECUTED ON:

Chapter 13 Trustee
LMP@chatper13trusteedpa.com

                              By: /s/ Kenneth Steidl
                              Kenneth Steidl, Esquire
                              Attorney for the Debtor(s)
                              STEIDL & STEINBERG, P.C.
                              Suite 2830 - Gulf Tower
                              707 Grant Street, Pittsburgh, PA  15219
                              (412) 391-8000
                              P.A.I.D. No. 34965
                              ken.steidl@steidl-steinberg.com

**PAWB Local Form 7 (07/13)**