# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** LISA M. PURTELL
**Case Number:** 17-23193-TPA    **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 08, 2018 09:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 PGH TRUSTEE

### Matter:

#25 - Final Confirmation of Plan Dated 9/17/17 NFC
+Objections By: PennyMac Loan Svc
R / M #: 25 / 0

### Appearances:

Debtor: K. Steidl
Trustee: Winnecour / Pail / Katz
Creditor:

*Debtor in Trial mod.*

### Proceedings:

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __✓__ Plan/Motion continued to __7/12/18__ at __9:30 am__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

### For Judge Agresti cases:
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: _____

**FILED**

FEB 16 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

1/31/2018   11:20:55AM