FILED
5/15/18 3:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| LISA M. PURTELL | : | Case No. 17-23193 TPA |
| *Debtor* | : | Chapter 13 |
| | : | |
| LISA M. PURTELL | : | |
| *Movant* | : | Related to Document No. 61 |
| | : | |
| v. | : | |
| | : | |
| PENNYMAC LOAN SERVICES, LLC | : | |
| *Respondent* | : | Hearing: May 30, 2018 at 10:30 A.M. |

## ORDER

AND NOW, this **15th** day of **May, 2018,** it is hereby **ORDERED, ADJUDGED and DECREED** that the *Motion to Approve Permanent Loan Modification with PennyMac Loan Services Obtained Through the Loss Mitigation Program* filed by the Debtor at Document No. 61 previously scheduled for June 27, 2018 at 11:00 A.M. in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 has been **RESCHEDULED** to *May 30, 2018* at *10:30 A.M.* Movant shall upload a copy of this Order to the Portal.

It is **FURTHER ORDERED** that any Responses to the Motion shall be filed and served on or before *May 25, 2018.*

_____
Thomas P. Agresti, Judge    jlm
United States Bankruptcy Court

Case Administrator to serve:
    Debtor
    Kenneth Steidl, Esq.
    PennyMac Loan Services, LLC
    Ronda J. Winnecour, Esq., Ch 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-23193-TPA
Lisa M. Purtell                                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 1            Date Rcvd: May 15, 2018
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
db             +Lisa M. Purtell,    2011 Riverview Drive,    Finleyville, PA 15332-1613
14672374        PennyMac Loan Services, LLC,    3043 Townsgate Road, #200,    Westlake Village, CA 91361-3027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Kenneth Steidl    on behalf of Debtor Lisa M. Purtell julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7