17-1164

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Lisa M. Purtell fka Lisa M. Karpac<br><br>                                                Debtor(s)<br>PENNYMAC LOAN SERVICES, LLC<br>                                                Movant<br>v.<br>Lisa M. Purtell fka Lisa M. Karpac and<br>Ronda J. Winnecour, Esquire<br>                                                Respondents | 17-23193 TPA<br><br>Chapter 13 Proceeding<br><br>Related to Document #42: |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION

TO THE COURT:

    Movant, PENNYMAC LOAN SERVICES, LLC, respectfully withdraws its Objection to Confirmation, which was filed on 11/08/2018, at docket #42.

                      POWERS KIRN & ASSOCIATES, LLC

                      By: **/s/ Jill Manuel-Coughlin, Esquire**
                      Attorney ID# 63252
                      Eight Neshaminy Interplex, Suite 215
                      Trevose, PA 19053
                      Telephone: 215-942-2090
                      E-mail: Jill@pkjllc.com
                      Attorney for Movant
                      Dated: July 11, 2018

17-1164

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Lisa M. Purtell fka Lisa M. Karpac<br><br>Debtor(s)<br>PENNYMAC LOAN SERVICES, LLC<br>Movant<br>v.<br>Lisa M. Purtell fka Lisa M. Karpac and<br>Ronda J. Winnecour, Esquire<br>Respondents | 17-23193 TPA<br><br>Chapter 13 Proceeding<br><br>Related to Document #42: |

## CERTIFICATION OF SERVICE OF
## PRAECIPE TO WITHDRAW

I, Jill Manuel-Coughlin, Esquire, hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on July 11, 2018:

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was <u>service by electronic notification and first class U.S. mail.</u>

**Parties Served via Electronic Notification:**

Kenneth Steidl, Esquire
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Attorney for Debtor(s)

Ronda J. Winnecour, Esquire
600 Grant Street, Suite 3250
Pittsburgh PA 15219
Trustee

**Parties Serviced via First Class Mail:**

Lisa M. Purtell fka Lisa M. Karpac
2011 Riverview Drive
Finleyville PA 15332
Debtor(s)

POWERS KIRN & ASSOCIATES, LLC

By: **/s/ Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
E-mail: Jill@pkjllc.com
Attorney for Movant