FILED
7/12/18 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

17-1164

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Lisa M. Purtell fka Lisa M. Karpac<br><br>_____ Debtor(s)<br>PENNYMAC LOAN SERVICES, LLC<br>                                    Movant<br>v.<br>Lisa M. Purtell fka Lisa M. Karpac and<br>Ronda J. Winnecour, Esquire<br>                                    Respondents | 17-23193 TPA<br><br>Chapter 13 Proceeding<br><br>Related to Document #42: , 73 |

### WITHDRAW OBJECTION TO CONFIRMATION

TO THE COURT:

Movant, PENNYMAC LOAN SERVICES, LLC, respectfully withdraws its Objection to Confirmation, which was filed on 11/08/2018, at docket #42.

POWERS KIRN & ASSOCIATES, LLC

By: /s/ **Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
E-mail: Jill@pkjllc.com
Attorney for Movant
Dated: July 11, 2018

SO ORDERED
July 12, 2018

jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-23193-TPA
Lisa M. Purtell                                                           Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: lkat              Page 1 of 1              Date Rcvd: Jul 13, 2018
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
db             +Lisa M. Purtell,    2011 Riverview Drive,    Finleyville, PA 15332-1613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Kenneth Steidl    on behalf of Debtor Lisa M. Purtell julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7