IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-23193 TPA |
| Lisa M. Purtell, ) | Chapter 13 |
| *Debtor* ) | Related to Document No. 100 |
| ) | |
| Lisa M. Purtell, ) | |
| Social Security No. XXX-XX- 6776 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Allied Insurance Brokers, Inc. and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| *Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 7, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Allied Insurance Brokers, Inc.
Attn: Payroll Dept.
Four Gateway Center, Suite 400
Pittsburgh, PA 15222

Lisa M. Purtell
2011 Riverview Drive
 Finleyville, PA 15332

Date of Service:    December 7, 2018    /s/ Kenneth Steidl
                                        Kenneth Steidl, Esquire
                                        STEIDL & STEINBERG
                                        28th Floor, Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA 15219
                                        (412) 391-8000
                                        ken.steidl@steidl-steinberg.com