Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Lisa M. Purtell** | : | Case No. 17−23193−TPA |
| **fka Lisa M. Karpac** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Rel to Doc No. 119 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 23rd of January, 2020,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-23193-TPA
Lisa M. Purtell                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: lmar                    Page 1 of 3                    Date Rcvd: Jan 23, 2020
                                Form ID: 309                  Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2020.
db            +Lisa M. Purtell,    2011 Riverview Drive,    Finleyville, PA 15332-1613
14679883      ++ASCENDIUM EDUCATION SOLUTIONS INC,    PO BOX 8961,    MADISON WI 53708-8961
               (address filed with court: Navient Solutions, LLC on behalf of USA Funds,
                Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes, Barre, PA  18773-9430)
14672346      +BBY/CBNA,    50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
14672374       PennyMac Loan Services, LLC,    3043 Townsgate Road, #200,    Westlake Village, CA 91361-3027
14890794       PennyMac Loan Services, LLC,    PO Box 2010,    Moorpark, CA 93020
14719155      +PennyMac Loan Services, LLC,    6101 Condor Drive, Suite 200,    Moorpark, CA 93021-2602
14690611      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                Pittsburgh, PA 15233-1828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Jan 24 2020 02:57:19
                GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,    Madison, WI  53708
14672345       EDI: GMACFS.COM Jan 24 2020 07:48:00     Ally Financial,    PO Box 130424,
                Roseville, MN 55113-0004
14672347       EDI: BL-BECKET.COM Jan 24 2020 07:48:00      Becket and Lee,    PO Box 3001,
                Malvern, PA 19355-0701
14672348       EDI: CAPITALONE.COM Jan 24 2020 07:48:00      Capital One Bank USA NA,    15000 Capital One Drive,
                Henrico, VA 23238
14726434       EDI: BL-BECKET.COM Jan 24 2020 07:48:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
14727407      +E-mail/Text: bankruptcy@cavps.com Jan 24 2020 02:58:01      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14672349      +EDI: WFNNB.COM Jan 24 2020 07:48:00     Comenity Bank/Victoria's Secret,    PO Box 182789,
                Columbus, OH 43218-2789
14672350       E-mail/PDF: creditonebknotifications@resurgent.com Jan 24 2020 02:54:38      Credit One Bank, NA,
                PO Box 98875,    Las Vegas, NV 89193-8875
14672351      +EDI: NAVIENTFKASMDOE.COM Jan 24 2020 07:48:00      Department of Education/Navient,
                PO Box 9635,    Wilkes Barre, PA 18773-9635
14672357      +E-mail/Text: kburkley@bernsteinlaw.com Jan 24 2020 02:58:15      Duquesne Light Company,
                411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14754840      +E-mail/Text: kburkley@bernsteinlaw.com Jan 24 2020 02:58:15      Duquesne Light Company,
                c/o Bernstein-Burkley P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                Pittsburgh PA 15219-1945
14672358      +EDI: AMINFOFP.COM Jan 24 2020 07:48:00      First Premier Bank,    3820 N. Louise Avenue,
                Sioux Falls, SD 57107-0145
14938254       E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Jan 24 2020 02:57:19
                GLHEC & Aff: GLHEGC, NELA, USAF,    PO Box 8961,    Madison WI 53708-8961
14691450       EDI: IRS.COM Jan 24 2020 07:48:00     Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
14672359       EDI: JEFFERSONCAP.COM Jan 24 2020 07:48:00      Jefferson Capital Systems,    PO Box 7999,
                Saint Cloud, MN 56302-9617
14672359       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 24 2020 02:57:59      Jefferson Capital Systems,
                PO Box 7999,    Saint Cloud, MN 56302-9617
14672360       EDI: CAUT.COM Jan 24 2020 07:48:00     JP Morgan Chase Bank,
                c/o National Bankruptcy Department,    PO Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
14731317       EDI: CAUT.COM Jan 24 2020 07:48:00     JPMorgan Chase Bank, N.A.,    PO BOX 29505 AZ1-1191,
                Phoenix, AZ 85038-9505
14672361      +E-mail/Text: bncnotices@becket-lee.com Jan 24 2020 02:57:23      Kohl's/Cap One,
                N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-5660
14672362       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2020 03:05:59
                LVNV Funding & Resurgent Capital Svcs,    PO Box 10587,    Greenville, SC 29603-0587
15001358      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2020 03:05:17      LVNV Funding LLC,
                PO Box 10587,    Greenville, SC 29603-0587
14748353       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2020 03:05:37
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14672363      +EDI: MID8.COM Jan 24 2020 07:48:00     Midland Funding,    PO Box 2011,    Warren, MI 48090-2011
14672364       EDI: NAVIENTFKASMSERV.COM Jan 24 2020 07:48:00      Navient,    PO Box 9500,
                Wilkes Barre, PA 18773-9500
14729068       EDI: NAVIENTFKASMSERV.COM Jan 24 2020 07:48:00      Navient Solutions, LLC on behalf of,
                Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
14672372      +EDI: AGFINANCE.COM Jan 24 2020 07:48:00      One Main Financial,    PO Box 1010,
                Evansville, IN 47706-1010
14672375       EDI: PRA.COM Jan 24 2020 07:48:00     Portfolio Recovery Associates,    PO Box 41067,
                Norfolk, VA 23541
14678204       EDI: PRA.COM Jan 24 2020 07:48:00     Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
14673063      +EDI: PRA.COM Jan 24 2020 07:48:00     PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
14672373      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 24 2020 02:57:45
                Pennsylvania Department of Revenue,    Bureau of Compliance, Bankruptcy Div.,
                Strawberry Square - 5th Floor,    Harrisburg, PA 17128-0001

```
District/off: 0315-2                  User: lmar                   Page 2 of 3                   Date Rcvd: Jan 23, 2020
                                      Form ID: 309                 Total Noticed: 47


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14724651       +EDI: JEFFERSONCAP.COM Jan 24 2020 07:48:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14724651       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 24 2020 02:57:59      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14672376        EDI: Q3G.COM Jan 24 2020 07:48:00      Quantum 3 Group,    P.O. Box 788,
                 Kirkland, WA 98083-0788
14741037        EDI: Q3G.COM Jan 24 2020 07:48:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
14723796        EDI: Q3G.COM Jan 24 2020 07:48:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
14672377       +EDI: RMSC.COM Jan 24 2020 07:48:00      SYNCB/HH Gregg,    PO Box 965036,
                 Orlando, FL 32896-5036
14672378       +EDI: RMSC.COM Jan 24 2020 07:48:00      SYNCB/Lowe’s,    P.O. Box 965005,
                 Orlando, FL 32896-5005
14672379        EDI: RMSC.COM Jan 24 2020 07:48:00      SYNCB/Walmart,    PO Box 965024,    Orlando, FL 32896-5024
14672380       +EDI: WTRRNBANK.COM Jan 24 2020 07:48:00      TD Bank/Target Credit,    PO Box 673,
                 Minneapolis, MN 55440-0673
14672381       +EDI: NAVIENTFKASMDOE.COM Jan 24 2020 07:48:00      US Department of Education/Navient,
                 PO Box 9635,    Wilkes Barre, PA 18773-9635
14672383       +E-mail/Text: bncmail@w-legal.com Jan 24 2020 02:57:57      WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    Seattle, WA 98121-3132
14672382       +EDI: BLUESTEM Jan 24 2020 07:48:00      WebBank/Fingerhut,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
                                                                                                 TOTAL: 42

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              JPMORGAN CHASE BANK, N.A.
cr              PENNYMAC LOAN SERVICES, LLC.
cr*            +LVNV Funding LLC,    PO Box 10587,   Greenville, SC 29603-0587
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14691436*       Ally Financial,    PO Box 130424,   Roseville, MN 55113-0004
14691437*      +BBY/CBNA,    50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
14691438*       Becket and Lee,    PO Box 3001,   Malvern, PA 19355-0701
14691439*      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank USA NA,    15000 Capital One Drive,
                 Henrico, VA 23238)
14691440*      +Comenity Bank/Victoria’s Secret,    PO Box 182789,    Columbus, OH 43218-2789
14691441*      +Credit One Bank, NA,    PO Box 98875,   Las Vegas, NV 89193-8875
14672352*      +Department of Education/Navient,    PO Box 9635,    Wilkes Barre, PA 18773-9635
14672353*      +Department of Education/Navient,    PO Box 9635,    Wilkes Barre, PA 18773-9635
14672354*      +Department of Education/Navient,    PO Box 9635,    Wilkes Barre, PA 18773-9635
14672355*      +Department of Education/Navient,    PO Box 9635,    Wilkes Barre, PA 18773-9635
14672356*      +Department of Education/Navient,    PO Box 9635,    Wilkes Barre, PA 18773-9635
14691442*      +Department of Education/Navient,    PO Box 9635,    Wilkes Barre, PA 18773-9635
14691443*      +Department of Education/Navient,    PO Box 9635,    Wilkes Barre, PA 18773-9635
14691444*      +Department of Education/Navient,    PO Box 9635,    Wilkes Barre, PA 18773-9635
14691445*      +Department of Education/Navient,    PO Box 9635,    Wilkes Barre, PA 18773-9635
14691446*      +Department of Education/Navient,    PO Box 9635,    Wilkes Barre, PA 18773-9635
14691447*      +Department of Education/Navient,    PO Box 9635,    Wilkes Barre, PA 18773-9635
14691448*      +Duquesne Light Company,    411 Seventh Avenue,   Pittsburgh, PA 15219-1942
14691449*      +First Premier Bank,    3820 N. Louise Avenue,   Sioux Falls, SD 57107-0145
14691451*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems,    PO Box 7999,
                 Saint Cloud, MN 56302-9617)
14691452*       JP Morgan Chase Bank,    c/o National Bankruptcy Department,    PO Box 29505 AZ1-1191,
                 Phoenix, AZ 85038-9505
14691453*      +Kohl’s/Cap One,    N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-5660
14691454*       LVNV Funding & Resurgent Capital Svcs,    PO Box 10587,   Greenville, SC 29603-0587
14691455*      +Midland Funding,    PO Box 2011,   Warren, MI 48090-2011
14672365*       Navient,    PO Box 9500,   Wilkes Barre, PA 18773-9500
14672366*       Navient,    PO Box 9500,   Wilkes Barre, PA 18773-9500
14672367*       Navient,    PO Box 9500,   Wilkes Barre, PA 18773-9500
14672368*       Navient,    PO Box 9500,   Wilkes Barre, PA 18773-9500
14672369*       Navient,    PO Box 9500,   Wilkes Barre, PA 18773-9500
14672370*       Navient,    PO Box 9500,   Wilkes Barre, PA 18773-9500
14672371*       Navient,    PO Box 9500,   Wilkes Barre, PA 18773-9500
14691456*       Navient,    PO Box 9500,   Wilkes Barre, PA 18773-9500
14691457*       Navient,    PO Box 9500,   Wilkes Barre, PA 18773-9500
14691458*       Navient,    PO Box 9500,   Wilkes Barre, PA 18773-9500
14691459*       Navient,    PO Box 9500,   Wilkes Barre, PA 18773-9500
14691460*       Navient,    PO Box 9500,   Wilkes Barre, PA 18773-9500
14691461*       Navient,    PO Box 9500,   Wilkes Barre, PA 18773-9500
14691462*       Navient,    PO Box 9500,   Wilkes Barre, PA 18773-9500
14691463*       Navient,    PO Box 9500,   Wilkes Barre, PA 18773-9500
14691464*      +One Main Financial,    PO Box 1010,   Evansville, IN 47706-1010
```

```
District/off: 0315-2            User: lmar                  Page 3 of 3                Date Rcvd: Jan 23, 2020
                                Form ID: 309                Total Noticed: 47


             ***** BYPASSED RECIPIENTS (continued) *****
14691467*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates,    PO Box 41067,   Norfolk, VA 23541)
14691465*        +Pennsylvania Department of Revenue,    Bureau of Compliance, Bankruptcy Div.,
                   Strawberry Square - 5th Floor,    Harrisburg, PA 17128-0001
14691466*         PennyMac Loan Services, LLC,    3043 Townsgate Road, #200,    Westlake Village, CA 91361-3027
14691468*         Quantum 3 Group,    P.O. Box 788,    Kirkland, WA 98083-0788
14691469*        +SYNCB/HH Gregg,    PO Box 965036,    Orlando, FL 32896-5036
14691470*        +SYNCB/Lowe's,    P.O. Box 965005,    Orlando, FL 32896-5005
14691471*         SYNCB/Walmart,    PO Box 965024,    Orlando, FL 32896-5024
14691472*        +TD Bank/Target Credit,    PO Box 673,    Minneapolis, MN 55440-0673
14691473*        +US Department of Education/Navient,    PO Box 9635,    Wilkes Barre, PA 18773-9635
14691475*        +WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    Seattle, WA 98121-3132
14691474*        +WebBank/Fingerhut,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                           TOTALS: 3, * 54, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2020 at the address(es) listed below:
```
              Harry B. Reese    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;sarah.mccaffery@powerskirn.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;sarah.mccaffery@powerskirn.com
              Kenneth Steidl    on behalf of Debtor Lisa M. Purtell julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 8
```