**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LISA M. PURTELL<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:17-23193 TPA<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 08/08/2017 and confirmed on 10/20/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 54,944.50 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 54,944.50 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,274.97 | |
|   Trustee Fee | 2,403.13 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,678.10 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PENNYMAC LOAN SERVICES LLC<br>    Acct: 8516 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PENNYMAC LOAN SERVICES LLC<br>    Acct: 8516 | 6,432.59 | 6,432.59 | 0.00 | 6,432.59 |
|   PENNYMAC LOAN SERVICES LLC<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   PENNYMAC LOAN SERVICES LLC<br>    Acct: 8516 | 0.00 | 17,709.78 | 0.00 | 17,709.78 |
|   PENNYMAC LOAN SERVICES LLC<br>    Acct: 8516 | 0.00 | 0.00 | 0.00 | 0.00 |
|   LVNV FUNDING LLC<br>    Acct: 4281 | 15,719.86 | 6,803.59 | 1,826.96 | 8,630.55 |
|   JPMORGAN CHASE BANK NA<br>    Acct: 0605 | 38,665.91 | 11,278.76 | 4,800.80 | 16,079.56 |
| | | | | 48,852.48 |
| Priority | | | | |
|   KENNETH STEIDL ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| LISA M. PURTELL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 3,390.00 | 3,274.97 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 1,000.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 6776 | 2,137.15 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 6776 | 859.35 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 0872 | 0.00 | 413.92 | 0.00 | 413.92 |
| PENNYMAC LOAN SERVICES LLC<br>Acct: 8516 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 413.92 |
| **Unsecured** | | | | |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 1761 | 415.51 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 8544 | 2,834.59 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 4920 | 3,274.90 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU<br>Acct: 2950 | 917.45 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE<br>Acct: 7582 | 1,565.14 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS LLC O/B/O US DEPT<br>Acct: 6776 | 73,525.34 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION++<br>Acct: 0915 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION++<br>Acct: 1103 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION++<br>Acct: 1031 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION++<br>Acct: 1103 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION++<br>Acct: 1031 | 0.00 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY*<br>Acct: | 82.15 | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSON C<br>Acct: 6911 | 863.50 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE NA**<br>Acct: 1642 | 2,224.51 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GLHEC & AFFILIATES: GLHEGC NELA USA<br>Acct: 6776 | 35,377.66 | 0.00 | 0.00 | 0.00 |
| NAVIENT<br>Acct: 1102 | 0.00 | 0.00 | 0.00 | 0.00 |
| NAVIENT<br>Acct: 1101 | 0.00 | 0.00 | 0.00 | 0.00 |
| NAVIENT<br>Acct: 1101 | 0.00 | 0.00 | 0.00 | 0.00 |
| NAVIENT<br>Acct: 0315 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0315 | | | | |
|   NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1101 | | | | |
|   NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1101 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 5,979.31 | 0.00 | 0.00 | 0.00 |
|     Acct: 8934 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 2,019.60 | 0.00 | 0.00 | 0.00 |
|     Acct: 8475 | | | | |
|   MIDLAND FUNDING LLC | 503.20 | 0.00 | 0.00 | 0.00 |
|     Acct: 1275 | | | | |
|   MIDLAND FUNDING LLC | 832.84 | 0.00 | 0.00 | 0.00 |
|     Acct: 6839 | | | | |
|   TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6790 | | | | |
|   US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0915 | | | | |
|   QUANTUM3 GROUP LLC AGNT - SADINO F | 912.79 | 0.00 | 0.00 | 0.00 |
|     Acct: 5902 | | | | |
|   PA DEPARTMENT OF REVENUE* | 199.75 | 0.00 | 0.00 | 0.00 |
|     Acct: 6776 | | | | |
|   INTERNAL REVENUE SERVICE* | 73.68 | 0.00 | 0.00 | 0.00 |
|     Acct: 6776 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6839 | | | | |
|   JILL MANUEL-COUGHLIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLISON L CARR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BECKET & LEE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   QUANTUM3 GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WEINSTEIN & RILEY PS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

*** N O N E ***

TOTAL PAID TO CREDITORS      49,266.40

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 2,996.50 |
| SECURED | 60,818.36 |
| UNSECURED | 131.601.92 |

Date: 02/12/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com